AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA

Case Number:  1:06-cr-00111(1-8)

V.

STEVEN E. WARSHAK, et al.           Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that a <u>KASTIGAR</u>-LIKE HEARING in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Chambers, Room 838 |
| | DATE AND TIME<br>SEPTEMBER 27, 2007 at 9:30 AM |

SPECIAL INSTRUCTIONS:

**1. IF NEEDED, THIS HEARING WILL CONTINUE ON SEPTEMBER 28, 2007 AT 9:30 AM, COURTROOM 842.**

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Anne Porter, Esq., AUSA     Vipal Patel, Esq., AUSA     Karl Kadon, Esq.    Martin Pinales, Esq.
    Martin Weinberg, Esq.    Robert Goldstein, Esq.    Dennis Lieberman, Esq.    David Greer, Esq.
    James Fleisher, Esq.    Hal Arenstein, Esq.    Raymond Faller, Esq.    Bruce Whitman, Esq.
    Candace Crouse, Esq.    USMS    Probation    Pretrial Services

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.