IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. Action No. 06-CR-00111-SAS |
| v. : | |
| : | Senior Judge S. Arthur Spiegel |
| STEVEN WARSHAK, *et al.*, : | |
| Defendants | |

# DEFENDANTS' OMNIBUS PRETRIAL MOTIONS AND SUPPORTING MEMORANDA

| | Respectfully submitted, |
|---|---|
| | **Steven Warshak,**<br>By His Attorneys, |
| | **/s/ Martin G. Weinberg**<br>Martin G. Weinberg, Esq.<br>(Admitted *Pro Hac Vice*)<br>Mass. Bar No. 51948<br>20 Park Plaza, Suite 905<br>Boston, MA 02116<br>(617) 227-3700 |
| | **/s/ Robert M. Goldstein**<br>Robert M. Goldstein, Esq.<br>(Admitted *Pro Hac Vice*)<br>Mass. Bar No. 630584<br>20 Park Plaza, Suite 903<br>Boston, MA 02116<br>(617) 742-9015 |
| **/s/ Martin S. Pinales**<br>(Ohio Bar #0024570)<br>**/s/ Candace C. Crouse**<br>(Ohio Bar #0072405)<br>Sirkin, Pinales & Schwartz | **/s/ David C. Greer**<br>(Ohio Bar #0009090)<br>**/s/ James P. Fleisher**<br>(Ohio Bar #0059509)<br>Bieser, Greer & Landis |

| | |
|---|---|
| 105 West Fourth Street<br>Suite 920<br>Cincinnati, OH 45202<br>(513) 721-4876<br><br>**Attorneys for Berkeley Premium Nutraceuticals, Inc. & TCI Media, Inc.** | 400 National City Center<br>6 North Main Street<br>Dayton, OH 45402<br>(937) 223-3277<br><br>**Attorneys for Paul J. Kellogg** |
| **/s/ Dennis A. Lieberman**<br>(Ohio Bar #0029460)<br>Flanagan, Lieberman,<br>Hoffman & Swaim<br>318 West Fourth Street<br>Dayton, OH 45402<br>(937) 223-5200<br><br>**Attorney for Harriet Warshak** | **/s/ Bruce B. Whitman**<br>(Ohio Bar #0003662)<br>Whitman Law Office<br>36 East 7th Street<br>Suite 1600<br>Cincinnati, OH 45202<br>(513) 421-3940<br><br>**Attorney for Amar Chavan** |
| **/s/ Raymond Faller**<br>Raymond T. Faller Co., LPA<br>810 Sycamore Street<br>Cincinnati, OH 45202<br>(513) 579-1266<br><br>**Attorney for Steven Pugh** | **/s/ Hal R. Arenstein**<br>(Ohio Bar #0009999)<br>Arenstein & Gallagher<br>The Citadel<br>114 East 8th Street<br>Cincinnati, OH 45202<br>(513) 651-5666<br><br>**Attorney for Charles Clarke** |