## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 22, 2011

Mr. James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

        Re: Case No. 09-3321 , *USA v. Steven Warshak, et al*
            Originating Case No. : 06-00111

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                     Sincerely yours,

                     s/Jill Colyer
                     Case Manager
                     Direct Dial No. 513-564-7024

cc:  Mr. Dennis A. Lieberman
     Ms. Donetta D. Wiethe

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 09-3321
_____

Filed: April 22, 2011

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

STEVEN E. WARSHAK,

    Defendant

 and

CARRIE WARSHAK,

    Claimant - Appellant

## MANDATE

   Pursuant to the court's disposition that was filed 03/30/2011 the mandate for this case hereby issues today.

COSTS:  None